**ORDERED ACCORDINGLY.**

**Dated: November 22, 2010**

_____
**GEORGE B. NIELSEN, JR**
**U.S. Bankruptcy Judge**
_____



# TIFFANY & BOSCO
P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-29399

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Aaron Scott Petz<br>      Debtor.<br><br>HSBC Bank USA, National Association, as Trustee for ACE Securities Corp. Home Equity Loan Trust, Series 2005-HE7, Asset Backed Pass-Through Certificates by its Attorney in fact Wells Fargo Bank, N.A.<br>      Movant,<br>   vs.<br><br>Aaron Scott Petz, Debtor, David M. Reaves, Trustee.<br><br>      Respondents. | No. 2:10-BK-31558-GBN<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #9) |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated June 23, 2005 and recorded in the office of the Dade County Recorder wherein HSBC Bank USA, National Association, as Trustee for ACE Securities Corp. Home Equity Loan Trust, Series 2005-HE7, Asset Backed Pass-Through Certificates by its Attorney in fact Wells Fargo Bank, N.A. is the current beneficiary and Aaron Scott Petz has an interest in, further described as:

> Condominium Unit No. H-2l8, of VILLAGE AT DADELAND, A
> CONDOMINIUM, according to the Declaration thereof, as
> recorded in Official Records Book 22886, at Page 4448, of
> the Public Records of Miami-Dade County, Florida. A/K/A
> 7670 SW 82 Street, Unit H2l8, Miami, FL 33143

IT IS FURTHER ORDERED that Movant may contact the Debtor by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtor. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtor if Debtor's personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.